592

360 A.2d 654

COMMONWEALTH

v.

HIMES, Appellant.

Submitted December 30, 1975.   Joseph W. Mullin, Public Defender, for appellant; Richard W. Linton, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.